UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROBERT BAILEY,

    Plaintiff,

v.                                                     Cv. No. 18-2115-SHM

MEMPHIS BONDING CO., INC.,
GEORGE A. HITT, and
TRACY VAN PITTMAN,

    Defendants.
-----------------------------------

KEVIN SHARP,

    Plaintiff,

v.                                                       Cv. No. 18-2143-SHM

MEMPHIS BONDING CO., INC.,
GEORGE A. HITT,
TRACY VAN PITTMAN, and
WENDY BENTON,

    Defendants.
-----------------------------------

GLENN RAY and LORIS SHEPARD,

    Plaintiffs,

v.                                                       Cv. NO. 18-2144-SHM

MEMPHIS BONDING CO., INC.,
GEORGE A. HITT,
TRACY VAN PITTMAN, and
SAM HAWKINS,

    Defendants.

# JUDGMENT

    Decision by Court.  These actions came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that these consolidated actions may be dismissed with prejudice in accordance with the Order of Dismissal, docketed July 5, 2019.

## APPROVED:

 *s/ Samuel H. Mays, Jr.* 
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| *July 5, 2019* | THOMAS M. GOULD |
| DATE | CLERK |
| | *s/ Jairo Mendez* |
| | (By) DEPUTY CLERK |