IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROBERT BAILEY,

    Plaintiff,

v.                                                  Cv. No. 18-2115-SHM

MEMPHIS BONDING CO., INC.,
GEORGE A. HITT, and
TRACY VAN PITTMAN,

    Defendants.

---

KEVIN SHARP,

    Plaintiff,

v.                                                  Cv. No. 18-2143-SHM

MEMPHIS BONDING CO., INC.,
GEORGE A. HITT,
TRACY VAN PITTMAN, and
WENDY BENTON,

    Defendants.

---

GLENN RAY and LORIS SHEPARD,

    Plaintiffs,

v.                                                  Cv. NO. 18-2144-SHM

MEMPHIS BONDING CO., INC.,
GEORGE A. HITT,
TRACY VAN PITTMAN, and
SAM HAWKINS,

    Defendants.

---

ORDER OF DISMISSAL

---

    The parties have submitted a Stipulation of Voluntary Dismissal indicating that these consolidated matters may be

dismissed with prejudice.  These consolidated cases are therefore dismissed in their entirety with prejudice.

SO ORDERED this 5th day of July, 2019.

                                            *s/   Samuel H. Mays, Jr.*
                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

Case 2:18-cv-02143-SHM-tmp   Document 65   Filed 07/05/19   Page 2 of 2   PageID 343